﻿Citation Nr: AXXXXXXXX
Decision Date: 02/26/21 Archive Date: 02/26/21

DOCKET NO. 200411-73546
DATE: February 26, 2021

ORDER

Entitlement to service connection for an acquired psychiatric disorder, to include anxiety, depression, and other specified trauma disorder is granted.

FINDING OF FACT

The Veteran’s acquired psychiatric disorder is related to events he witnessed in service.

CONCLUSION OF LAW

The criteria for service connection for an acquired psychiatric disorder are met. 38 U.S.C. §§ 1110, 1131, 5107; 38 C.F.R. §§ 3.102, 3.303.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty in the United States Marine Corps from September 1985 to July 1989 and from February 1991 to May 1991. 

This appeal comes before the Board of Veterans’ Appeals (Board) from a May 2019 rating decision of a Department of Veterans Affairs (VA) Regional Office (RO).

In the April 2020 VA Form 10182, Decision Review Request: Board Appeal, the Veteran elected the Direct Review docket. Therefore, the Board may only consider the evidence of record at the time of the agency of original jurisdiction (AOJ) decision on appeal. 38 C.F.R. § 20.301.

In characterizing the issues on appeal, the Board recognizes that when a claimant makes a claim, he is seeking service connection for symptoms regardless of how those symptoms are diagnosed or labeled. Clemons v. Shinseki, 23 Vet. App. 1 (2009). As the medical evidence of record indicates that in the past, the Veteran has received multiple diagnoses of depression, anxiety, and other specified trauma or stressor disorder, the issue of entitlement to service connection has been expanded as noted above, consistent with Clemons.

Entitlement to service connection for an acquired psychiatric disorder, to include posttraumatic stress disorder (PTSD), anxiety, depression, and other specified trauma disorder is granted.

The Veteran seeks service connection as he contends his acquired psychiatric disorder is due to his duties in service. Specifically, he indicates his duties as an accountability were to retrieve the deceased and their weapons. See November 2018 VA Form 21-0781. 

Generally, service connection may be granted for disability or injury incurred in, or aggravated by, active military service. See 38 U.S.C. §§ 1110, 1131; 38 C.F.R. § 3.303. In order to establish service connection for a claimed disorder, there must be (1) a current disability; (2) an in-service incurrence or aggravation of a disease or injury; and (3) a nexus between the claimed in-service disease or injury and the current disability. See Hickson v. West, 12 Vet. App. 247, 253 (1999).

The Veteran has a current diagnosis under the DSM-5 of other specified trauma or stressor related disorder with related anxiety and depression. See April 2019 VA Examination. Therefore, the first element of service connection has been met.

Next, the Veteran has indicated that he believes the condition is related to his duties in service during Operation Desert Shield/Storm as an accountability officer. The Veteran indicated his duties were to retrieve the bodies of the deceased and their weapons. See November 2018 VA Form 21-0781. The Veteran’s DD Form 214 confirms he participated in Operation Desert Shield/Storm from February 1991 to May 1991. His military occupational specialty (MOS) listed is warehouse clerk. The Veteran is competent relate his personal experiences and the Board finds that these statements are credible as they are consistent with the time and place of his service. Jandreau v. Nicholson, 492 F.3d 1372 (Fed. Cir. 2007). As there is no evidence to the contrary, the Veteran’s testimony and corroborating personnel records are sufficient to establish an in-service event.

Finally, a nexus between the in-service events and the current disability has been established by the April 2019 VA examiner. She indicated the Veteran meets the current DSM-5 diagnostic criteria for other specified trauma or stressor related disorder which is at least as likely as not (greater than 50 percent probability incurred in or caused by his military service. The examiner also indicated she based her opinion on the clinical interview with the Veteran, who appeared to be a credible historian; records review; chronology of symptoms onset; progression and treatment history; consistency of treatment modalities with reported symptomatology and claimed conditions; diagnostic criteria; and training and experience. The examiner indicated that depressed mood, anxiety and chronic sleep impairment are symptoms of the diagnosis. The examiner indicated that the Veteran did not meet the diagnostic criteria for PTSD under the DMS-5 criteria. The Board finds this opinion highly probative as it is based on a review of the Veteran’s records and contains a thorough rationale.

There are no other medical opinions to the contrary.

(Continued on the next page)

 

Therefore, as all three elements of service connection have been established in relation to the claimed disability of an acquired psychiatric disorder, to include a diagnosis of an acquired psychiatric disorder to include anxiety, depression, and other specified trauma disorder, service connection is granted.

 

 

K. J. ALIBRANDO

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board L. Holcombe, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.